IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN R. DEMOS, JR.,

    Plaintiff,

v.                                  Civil Action No. 3:14CV848

U.S.A, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 25, 2015, the Court denied John Robert Demos, Jr.'s motion for leave to proceed in forma pauperis and ordered him to pay the full filing fee of $400.00 within eleven (11) days of the entry thereof. More than eleven days have passed since the entry of the Court's June 25, 2015 Memorandum Order and Demos has not paid the filing fee. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Demos.

It is so ORDERED.

                                              /s/     REP
                                     Robert E. Payne
Date: August 4, 2015        Senior United States District Judge
Richmond, Virginia